No. 93–6932.   POLEWSKY v. BAY COLONY RAILROAD CORP. (two cases).   C. A. 2d Cir.   Certiorari denied.

No. 93–6939.   CASAS ET AL. v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 93–6941.   CHOICE v. BEYER, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 93–6950.   M. R. v. TEXAS.   Sup. Ct. Tex.   Certiorari denied.

No. 93–6970.   COLEMAN v. WEST, SECRETARY OF THE ARMY. C. A. 4th Cir.   Certiorari denied.

No. 93–6976.   DURAN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–6978.   DEVERS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 93–6979.   WASHINGTON v. JAMES, WARDEN.   C. A. 2d Cir. Certiorari denied.

No. 93–6980.   WALTERS v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 93–6984.   HERSHKO v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 93–6995.   EDELIN v. UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 93–6996.   WATTS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 93–6998.   CALISE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–6999.   ANDERS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 93–7003.   O'NEILL v. SHIPLEVY, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 93–7005.   LEE v. RYAN.   C. A. 2d Cir.   Certiorari denied.